UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ROJO-VALENZUELA,<br><br>Defendant. | Case No. 4:14-cr-00122-BLW<br><br>**MEMORANDUM DECISION & ORDER** |

Before the Court is Defendant Jesus Rojo-Valenzuela's Motion for Sentence Relief (Dkt. 63). Rojo-Valenzuela bases his motion on the "Federal Prison Bureau Nonviolent Offender Relief Act of 2003." *See id.* The government correctly points out that this particular bill has never been enacted into law. Otherwise, 18 U.S.C. 3624, which defendant relies upon, simply outlines the terms of custody and release guidelines for the Director of the Bureau of Prisons. It does not give the Court authority to grant relief here. Accordingly,

**IT IS ORDERED that** Defendant's Motion for Relief from Sentence (Dkt. 63) is **DENIED**.

DATED: September 1, 2020

_____
B. Lynn Winmill
U.S. District Court Judge

MEMORANDUM DECISION & ORDER - 1